R. C. THOMAS v. ROTAN STATE BANK. (No. 1876.) (Court of Civil Appeals of Texas. El Paso. March 11, 1926.) Appeal from District Court, Jones County; Bruce W. Bryant, Judge. Brooks, Smith & Robinson, of Anson,

for appellant. Clem Calhoun, of Hamlin, for appellee.

WALTHALL, C. J. In this case there is no statement of facts, nor briefs, found in the record. A careful review of the transcript discloses no fundamental error. The case is af: firmed.